NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-8001

SUSAN THOMPSON,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

On petition for review of a decision of the Bureau of Justice Assistance in PSOB claim no. 1998-0126.

ON MOTION

Before NEWMAN, Circuit Judge.

O R D E R

Susan Thompson moves for an extension of time to file her informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted. Thompson's brief is due within 30 days of the date of filing of this order.

FOR THE COURT

MAY 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Susan Thompson
      Lauren A. Weeman, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2009

JAN HORBALY
CLERK